OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

U.S. POSTAGE ≫ PITNEY BOWES

78701 $ 000.27⁵

800140 1603 NOV 18 2015

**11/18/2015**
**RIVERA, JAVIER ANDRES    Tr. Ct. No. 1266171-A        WR-83,712-01**
This is to advise that the Court has denied without written order the application for
writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

JAVIER ANDRES RIVERA
TDC # 1837132

*Discharged*